UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>THRIVE PHARMACY CARE, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case No.: 5:20-CV-00111-BLF<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: February 20, 2020

*/s/ Beth Labson Freeman*
HONORABLE BETH LABSON FREEMAN
United States District Judge